UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 12-0004 DOC (RNBx)          Date: May 23, 2012

Title: SAFETYWEB, INC -V- INTERCEDE LTD.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDERING THE RE-FILING OF DOCUMENTS PURSUANT TO REALIGNMENT

On May 10, 2012, this Court issued an Order to Show Cause Why the Parties Should Not Be Realigned (Docket 32). The Court made clear that if the parties filed no response to the OSC by May 17, 2012, they would be deemed to have consented to realignment, which would make SafetyWeb the Defendant and Intercede the Plaintiff. SafetyWeb filed no response and Intercede filed a response explicitly granting its consent to the realignment of the parties. The parties are thus hereby officially realigned. As such, they are ORDERED to re-file their papers in accordance with their new alignment. For the parties' convenience, the Court will give the parties until **May 22, 2012** to reach a stipulation as to the timing of these re-filings. If a stipulation is not filed with the Court by May 22, 2012 at 5:00 p.m., the Court will set a timeline for re-filing.

The pending Motion to Dismiss (Docket 21) is hereby DENIED AS MOOT. If Intercede wishes to assert the same substantive arguments, it may do so in a newly filed motion.

         The Clerk shall serve this minute order on all parties to the action.